| | **LEVY RATNER**, P.C. | |
| --- | --- | --- |
| Daniel J. Ratner | Attorneys at Law | Kimberly A. Lehmann^ |
| Gwynne A. Wilcox^ | 80 Eighth Avenue, 8th Floor | Aleksandr L. Felstiner |
| Pamela Jeffrey | New York, New York 10011-7175 | Jessica I. Apter^ |
| Carl J. Levine^ | | Rebekah Cook-Mack |
| David Slutsky^ | | Courtney L. Allen |
| Allyson L. Belovin | Telephone (212) 627-8100 | |
| Suzanne Hepner• | Telecopier (212) 627-8182 | *Of Counsel* |
| Robert H. Stroup | | Irwin Bluestein |
| Dana E. Lossia^ | www.levyratner.com | Patricia McConnell |
| Micah Wissinger• | | Linda E. Rodd |
| Ryan J. Barbur | | |
| Alexander Rabb | | *Special Counsel* |
| Laureve D. Blackstone^ | | Richard A. Levy |
| | | Daniel Engelstein° |
| | | Richard Dorn |

February 7, 2020

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 02/11/20
```

*BY ECF*

Hon. Gregory H. Woods
United States District Court
Southern District of New York
500 Pearl Street, Room 2260
New York, NY 10007

## MEMORANDUM ENDORSED

Re: *Beriza Luciano v. 1199SEIU United Healthcare Workers East and Rene Ruiz,* No. 1:19-cv-10892-GHW

Dear Judge Woods:

This firm represents Defendants 1199 SEIU United Healthcare Workers East and Rene Ruiz in the above-referenced matter. In accordance with Rule 1.E. of Your Honor's Individual Rules of Practice in Civil Cases, Defendants respectfully request an adjournment of the Initial Pretrial Conference currently scheduled for February 13, 2020. This is Defendants' first request for an adjournment. We seek the adjournment because I am scheduled for a motion hearing in the Eastern District of New York on the same day. Plaintiff's counsel consents to this request. Both parties are available on the following dates for an initial case conference: March 5, March 10, March 12, March 16 or March 17, 2020. I also note for the Court that the parties have already completed and submitted their joint Civil Case Management Plan and Scheduling Order.

We thank the Court in advance for considering this request.

Very truly yours,

*Dana Lossia*

Dana E. Lossia

DEL:dvm
Encl.

TO: All counsel (via ECF)

Application granted. The initial pretrial conference scheduled for February 13, 2020 is adjourned to March 10, 2020 at 3:00 p.m.

SO ORDERED.

Dated: February 11, 2020
New York, New York

_____
GREGORY H. WOODS
United States District Judge